CHARLES H. MCCARTHY, Appellant, v. BANQUE DE COMMERCE DE L'AZOFF DON, Defendant, and CHARLES W. CULKIN, as Sheriff of New York County, and

M. Sergey Friede, Respondents.— Order affirmed, with ten dollars costs and disbursements to the respondent M. Sergey Friede. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.